**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGHORD HD LLC., | § § § | Case No. 2:20-cv-00260-JRG-RSP |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| LANNER ELECTRONICS INC., | § § § | |
| Defendant. | § § § § | |

**MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR
SERVICE OF PROCESS ON DEFENDANT LANNER ELECTRONICS INC.**

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(B), Plaintiff Longhorn HD LLC. ("Longhorn") respectfully requests that this Court issue a Request for Judicial Assistance ("Letters Rogatory") (attached as Exhibit A), addressed to the appropriate judicial authority in Taiwan, requesting that the Taiwanese authority assist in effecting service of process upon Defendant Lanner Electronics Inc. ("Lanner").

Longhorn filed its Complaint (Dkt. No. 1) on August 7, 2020. This Court issued a Summons as to Lanner on August 18, 2020. Upon information and belief, Lanner is a publicly-listed company with an address of 7/F, 173 Datong Road Section 2, Xizhi District, New Taipei City 22184, Taiwan, Accordingly, Longhorn respectfully requests that this Court issue Letters Rogatory seeking the assistance of the Taiwanese authority in effecting service of the Complaint and Summons upon Lanner.

Longhorn respectfully requests that the Court return (a) the original copy of the signed and issued Letters Rogatory, and (b) two certified copies, to the undersigned counsel. The United States Department of State will oversee transmission of the Letters Rogatory to Taiwan

through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2).  Longhorn will reimburse this Court for any expenses incurred in connection with the issuance and return of the Letters Rogatory.  Longhorn has retained the services of Legal Language Services, located at 8014 State Line Road, Suite 110, Leakwood, KS 66208, to ensure delivery of materials and fees in accordance with U.S. and Taiwanese procedure.

Dated:  August 22, 2020

Respectfully submitted,

  */s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
**RUBINO LAW LLC**
830 Morris Turnpike
Short Hills, NJ 07078
Telephone: (973) 535-0920

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

2

*ATTORNEYS FOR PLAINTIFF*
*LONGHORD HD LLC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                     */s/ Vincent J. Rubino, III*
                                                     Vincent J. Rubino, III